# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ABLES and JENNIFER ABLES,<br><br>Plaintiffs,<br><br>vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No. 8:22-cv-00147-MEMF-AS<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

   Plaintiffs NATHAN ABLES and JENNIFER ABLES ("Plaintiffs") accepted FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 December 18, 2023.

   Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $78,069.00 pursuant to the terms of the Rule 68 Offer.

IT IS SO ORDERED.


 Dated: February 21, 2024

_____

MAAME EWUSI-MENSAH FRIMPONG

United States District Judge